Argued and submitted February 7, affirmed March 15, petition for review denied July 20, 2017 (361 Or 671)

BEE YOUA XIONG,
*Petitioner-Appellant,*

*v.*

Mark NOOTH,
Superintendent,
Snake River Correctional Institution,
*Defendant-Respondent.*

Malheur County Circuit Court
1405895P; A160489

390 P3d 1125

Venetia Mayhew, Certified Law Student, argued the cause for appellant. With her on the brief were Ryan T. O'Connor, and O'Connor Weber LLC.

Timothy Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Ellen F. Rosenblum, Attorney General, and Benjamin Gutman, Solicitor General.

Before Sercombe, Presiding Judge, and Flynn, Judge, and DeHoog, Judge.

PER CURIAM

Affirmed. *State v. Berger*, 284 Or App 156, 392 P3d 792 (2017).